VIRGINIA ET AL. C. A. 4th Cir. Motion of petitioner to consolidate this case with No. 98–1189, *Board of Regents of the University of Wisconsin System* v. *Southworth et al.* [certiorari granted, 526 U. S. 1038], denied. Motion of petitioner to strike the brief in opposition and other relief denied. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of these motions and this petition. Reported below: 165 F. 3d 910 (first judgment); 164 F. 3d 623 (second judgment).

No. 98–2004. RINGLING BROS.-BARNUM & BAILEY COMBINED SHOWS, INC. v. UTAH DIVISION OF TRAVEL DEVELOPMENT. C. A. 4th Cir. Motion of Revlon Consumer Products Corp. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 98–2052. FENTON ET AL. v. UNIHEALTH AMERICA, INC., ET AL. Ct. App. Cal., 2d App. Dist. Motion of American Academy of Emergency Medicine et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–81. PULSE COMMUNICATIONS, INC. v. DSC COMMUNICATIONS CORP. C. A. Fed. Cir. Motion of Computer and Communications Industry Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–132. MULLIGAN v. ASSOCIATES LEASING, INC., ET AL. C. A. 4th Cir. Motion of Fred W. Allnutt, Sr., for leave to intervene denied. Certiorari denied.

No. 99–267. KEYERLEBER v. CHAMPION INTERNATIONAL CORP. C. A. 6th Cir. Motion of Association of Trial Lawyers of America et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–5196. FILIAGGI v. OHIO. Sup. Ct. Ohio. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 98–619. JONAS v. BRIGGS, EXECUTRIX OF THE ESTATE OF MOREY, DECEASED, 525 U. S. 1041;
No. 98–1233. CHAVIS v. UNITED STATES, 526 U. S. 1006;

No. 98–1900. AZAMBER *v.* FRANCHISE TAX BOARD OF CALIFORNIA, 527 U. S. 1039;

No. 98–8624. COUNCIL *v.* UNITED STATES, 526 U. S. 1080;

No. 98–8893. COUCH *v.* GEORGIA, 527 U. S. 1007;

No. 98–9099. FISHER ET UX. *v.* SUNKIST GROWERS, 527 U. S. 1040; and

No. 98–9224. RAINES *v.* UNITED STATES, 526 U. S. 1164. Petitions for rehearing denied.

No. 98–1855. GIBSON *v.* SLATER, SECRETARY OF TRANSPORTATION, 527 U. S. 1023. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Motion for leave to file petition for rehearing denied.

OCTOBER 8, 1999

No. 99A241 (99–451). LEWIS, WARDEN, ET AL. *v.* GARCIA DELGADO. C. A. 9th Cir. Motion for reconsideration of stay entered September 27, 1999 [527 U. S. 1066], denied.

OCTOBER 12, 1999

No. 98–1915. CATAPULT ENTERTAINMENT, INC. *v.* PERLMAN. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. D–2087. IN RE DISBARMENT OF PEEK. Disbarment entered. [For earlier order herein, see 527 U. S. 1020.]

No. D–2089. IN RE DISBARMENT OF RAPHAEL. Disbarment entered. [For earlier order herein, see 527 U. S. 1032.]

No. D–2091. IN RE DISBARMENT OF TURTLETAUB. Disbarment entered. [For earlier order herein, see 527 U. S. 1053.]

No. D–2092. IN RE DISBARMENT OF LEWIS. Disbarment entered. [For earlier order herein, see 527 U. S. 1053.]